IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA G.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:23-cv-381

District Judge Michael J. Newman
Magistrate Judge Kimberly A. Jolson

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION TO REMAND (Doc. No. 13); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

    This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 13.  For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT** (1) the parties' joint stipulation for remand is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with the parties' joint stipulation and this Order; (3) upon receipt of this Order, the Appeals Council will remand the matter to an Administrative Law Judge to further evaluate Plaintiff's residual functional capacity and provide rationale with specific references to the evidence of record in support of the assessed limitations and evaluate the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c.  If warranted,

the Administrative Law Judge will obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base. The Administrative Law Judge will also offer the Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision; and (4) the Clerk is **DIRECTED** to enter judgment in Plaintiff's favor.

This case is **TERMINATED** upon the Court's docket.

**IT IS SO ORDERED.**

  June 4, 2024                                         s/*Michael J. Newman*
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge