IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA G.,

    Plaintiff,                                          Case No.: 3:23-cv-381

  vs.

COMMISSIONER OF THE SOCIAL           District Judge Michael J. Newman
SECURITY ADMINISTRATION,               Magistrate Judge Kimberly A. Jolson

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 16); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $3,550.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**

---

      This Social Security case is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $3,550.00. Doc. No. 16. The parties agree that an award of $3,550.00 in attorney fees satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA claims in the instant case. *Id*.

      For good cause shown, the Court: (1) **GRANTS** the parties' joint motion; and (2) **AWARDS** EAJA fees in the total amount of $3,550.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

      **IT IS SO ORDERED.**

July 2, 2024                                      s/*Michael J. Newman*
                                                      Hon. Michael J. Newman
                                                      United States District Judge